# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY WURTH and SUSAN WURTH, | ) |
| Plaintiffs, | ) |
| vs. | ) 8:04CV462 |
| RANDALL GIBB and JILL GIBB, | ) ORDER AND |
| Defendants. | ) NOTICE OF HEARING |

Earle G. Green, III and the law firm of Pansing, Hogan, Ernst & Bachman, LLP have filed a motion (#16) for leave to withdraw as counsel for the plaintiffs.

**IT IS ORDERED:**

1. The Motion to Withdraw (#16) is set for hearing on **Monday, June 13, 2004 at 1:30 p.m.** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Plaintiffs, Timothy Wurth and Susan Wurth, are required to personally attend the **June 13, 2004** hearing.

3. Moving counsel shall serve a copy of this Order and Notice of Hearing on Timothy Wurth and Susan Wurth at their last known address(es), and shall electronically file proof of service with the court on or before the close of business on **May 31, 2005**.

**DATED May 13, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**