IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY WURTH and<br>SUSAN WURTH,<br><br>         Plaintiffs<br><br>vs.<br><br>RANDALL GIBB and JILL GIBB,<br><br>         Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:04cv462<br><br><br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Tiernan Siems, counsel for defendants,

**IT IS ORDERED:**

1. On or before **August 15, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for July 14, 2005, is cancelled upon the representation that this case is settled.

Dated this July 14, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge