# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TIM WURTH and SUZANNE WURTH,** ) | **CASE NO. 8:04CV462** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| **RANDALL GIBB and JILL GIBB,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 21) and Joint Motion to Dismiss (Filing No. 22). Having reviewed the Stipulation and Motion, I find that the requirements of Fed. R. Civ. P. 41(a)(1)(ii) have been satisfied. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 21) is approved, and the Joint Motion to Dismiss (Filing No. 22) is granted;

2. The Complaint, all claims, and all counterclaims are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees, unless otherwise agreed by and between them.

DATED this 8th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge